Order issued September 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01697-CV

**CURTIS WISE, Appellant**

V.

**SR DALLAS, LLC, Appellee**

## ORDER

The Court has before it appellant's September 11, 2012 second motion to extend time to file his brief, which is unopposed. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by September 29, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

ELIZABETH LANG-MIERS
JUSTICE